

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

January 13, 2026

**Via ECF**

The Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**RE:** *Native American Guardian's Association, et al. v. NYS Bd. of Regents, et al.*, No. 2:25-cv-03008

Dear Judge Bulsara:

This Office represents Defendants in the above-referenced matter. I write to respectfully request that the Court enter final judgment in this matter, in which no issues remain before the Court.

In light of the fact that Plaintiffs filed a notice of appeal of the November 14, 2025 Order dismissing their claims, *see* Docket Entry ("DE") 29, rather than filing an amended complaint, the Court has directed that the case be closed, *see* Text Order dated December 31, 2025, and the case has been terminated, *see* DE dated December 31, 2025.

In light of these developments, Defendants respectfully request that the Court enter final judgment.

Thank you for your attention to this request.

Respectfully submitted,

s/ *Helena Lynch*
Helena Lynch
Assistant Attorney General
(516) 248-3312 | Helena.Lynch@ag.ny.gov

cc: Counsel of record via ECF