UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Native American Guardian's Association
and David Finkenbinder, *Wanblee Ohitika (Brave Eagle)*

                Plaintiffs,

  - against -

New York State Board of Regents, Lester W. Young, Jr., in his official capacity as Chancellor of the New York State Board of Regents, Josephine Victoria Finn, in her official capacity as Vice Chancellor of the New York State Board of Regents, Roger Tilles, in his official capacity as a member of the New York State Board of Regents, Christine D. Cea, in her official capacity as a member of the New York State Board of Regents, Wade S. Norwood, in his official capacity as a member of the New York State Board of Regents, Kathleen M. Cashin, in her official capacity as a member of the New York State Board of Regents, James E. Cottrell, in his official capacity as a member of the New York State Board of Regents, Judith Chin, in her official capacity as a member of the New York State Board of Regent, Catherine Collins, in her official capacity as a member of the New York State Board of Regents, Elizabeth S. Hakanson, in her official capacity as a member of the New York State Board of Regents, Luis O. Reyes, in his official capacity as a member of the New York State Board of Regents, Susan W. Mittler, in her official capacity as a member of the New York State Board of Regents, Frances G. Wills, in her official capacity as a member of the New York State Board of Regent, Aramina Vega Ferrer, in her official capacity as a member of the New York State Board of Regents, Shino Tanikawa in her official capacity as a member of the New York State Board of Regents, Roger P. Catania in his official capacity as a member of the New York State Board of Regents, and Adrian I. Hale in his official capacity as a member of the New York State Board of Regents

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 25-3008 (SJB) (LGD)

FILED
CLERK
1/27/2026 12:42 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

      A Memorandum and Order of Honorable Sanket J. Bulsara, United States District Judge, having been filed on November 14, 2025, grants the Defendants' Motion to Dismiss and the Motion for Preliminary injunction is denied.

      **ORDERED AND ADJUDGED** that all the Plaintiffs' claims are dismissed without

prejudice for lack of standing and the Motion for Preliminary Injunction is denied. The Clerk of the Court is to close the case.

Dated: January 27, 2025
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                    BY:    /S/ HENRY MATUTE
                            DEPUTY CLERK